FILED JUL 10 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

CA 07-260 ML

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Arnold Kilberg : BK No. 04-10632
Chapter 7

Joseph M. DiOrio :

Plaintiff(s) :

v. : AP. No. 05-1011
56 Associates LP
57 Associates LP :
Defendant(s)

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

X Appeal Coversheet

X The Notice of Appeal and Appellant's Election Form

X Copy of Bankruptcy Court Order and Judgment dated 6/29/07

X Certified Copy of docket.

✓ Other Please see related case on appeal 07-222 ML

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 7/17/07 . The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 7/9/07

By: Holly A. D'Agostino
Deputy Clerk