CA 07 260 ML

Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 04-10632 AP # 05-1011
2. Title of Bankruptcy Case Arnold Kilberg
   AP Title: DiOrio v. 56 Associates, LP, 57 Associates, LP
3. Appellant: 56 Associates, LP & 57 Associates, LP
   Name & Address of Counsel for Appellant(s):
   William J. Delaney, Tillinghast Licht LLP, Ten Weybosset St.
   Providence RI 02903, (401) 456-1200
4. Appellee: Joseph M. DiOrio
   Name & Address of Counsel for Appellee(s):
   Gardner H. Palmer, Jr., Law Offices of Joseph M. DiOrio
   10 Dorrance Street, Suite 1200, Providence RI 02903
   (401) 632-0911
5. Additional Counsel:
   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes X No________
7. Special Comments: PLEASE SEE RELATED CASE ON APPEAL
   07-222ML FILED ON 6/20/07

RECEIVED
JUL 10 2007
Property of U.S. District Court
District of Rhode Island