| Attorney or Appellant Name, Address, Telephone, and Fax Number<br>William J. Delaney (#3643)<br>Tillinghast Licht LLP<br>10 Weybosset Street<br>Providence, RI 02903<br>401-456-1200; 401 456-1210 (fax)<br>Attorney for Appellant | FOR COURT USE ONLY<br>CA 07 260 ML |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re: Arnold Kilberg<br>Debtor (s) | |
| Debtor's Social Security No(s). XXX - XX-0940 | CHAPTER 7<br>CASE NUMBER 04-10632 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER<br>05-1011 |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☒ defendants or ☐ other party (specify name of party) ~~57 Associates, LP~~ 56 Associates, LP, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) Order Granting Fees entered in this adversary proceeding or other proceeding (describe other proceeding) ________ on the 29 day of June, (year) 2007.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

   Joseph M. Di Orio
   10 Dorrance Street
   Providence, RI 02903
   401-632-0911; 401-632-0751

CONTINUED ON NEXT PAGE

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 7 |
|---|---|
| ARNOLD KILBERG Debtor. | CASE NUMBER 04-10632 |

Dated: JULY 7, 2007

/s/ WILLIAM J. DELANEY

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF Providence

1. I am employed in the County of Providence, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:
   Tillinghast Licht LLP
   10 Weybosset Street
   Providence, RI 02903

2. **Regular Mail Service:** On July 7, 2007, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Providence, Rhode Island, addressed as set forth below.

   Joseph M. DiOrio, Esq
   10 Dorrance Street
   Providence, RI 02903

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

William J. Delaney
*Type Name*

/s/ William J. Delaney
*Signature*

**R.I. Bankr. Form S**
***See* R.I. LBR 8001-1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Arnold Kilberg

Debtor(s)

BK No. 04-10632
Chapter 7

**APPELLANT ELECTION FORM**

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated June 29, 2007, Doc. No. 140.

| | |
|---|---|
| 56 Associates, LP<br>57 Associates, LP | Joseph M. DiOrio, Trustee |
| APPELLANT(S) | APPELLEE(S) |
| William J. Delaney (#2643) | Joseph M. DiOrio |
| Attorney<br>(Firm Name, Address, and Telephone No.)<br>Tillinghast Licht LLP<br>10 Weybosset Street<br>Providence, RI 02903<br>401-456-1200 | Attorney (If known)<br>10 Dorrance Street<br>Providence, RI 02903<br>401-632-5265 |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☒ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: /s/ William J. Delaney
Signature of Attorney (or Appellant, if pro se)

Dated: 7/9/07