APPEAL

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Adversary Proceeding #: 1:05-ap-01011

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 04-10632
*Related BK Title:* Arnold Kilberg
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 458 Approval For Sale

*Date Filed:* 03/01/05

Attest a True Copy
Susan M. Thurston
Clerk
Deputy Clerk

**Plaintiff**

-----------------------

**Joseph M DiOrio**
Holland & Knight, LLP
One Financial Plaza, Ste 1400
Providence, RI 02903 2485
401-824-5178

represented by **Gardner H. Palmer, Jr.**
Law Offices of Joseph M. DiOrio
10 Dorrance Street Suite 1200
Providence, RI 02903
(401)632-0911
Fax : 632-0751
Email: ghpalmer@dioriolaw.com

**Joseph M. DiOrio**
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street
Suite 1200
Providence, RI 02903
401-632-0911
Fax : 401-632-0751
Email: jmdiorio@dioriolaw.com
*LEAD ATTORNEY*

V.

**Defendant**

-----------------------

**56 Associates, L.P.**
57 Eddy Street
Providence, RI 02903

represented by **Michael A. Kelly**
55 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-7334
*TERMINATED: 01/31/2007*
*LEAD ATTORNEY*

**William J. Delaney**
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903

(401) 456-1200
Fax : 456-1210
Email: wdelaney@tlslaw.com

**57 Associates, L.P.**
57 Eddy Street
Providence, RI 02903

represented by **Michael A. Kelly**
(See above for address)
*TERMINATED: 01/31/2007*
*LEAD ATTORNEY*

**William J. Delaney**
(See above for address)

**Counter-Claimant**

-----------------------

**56 Associates, L.P.**
57 Eddy Street
Providence, RI 02903

represented by **Michael A. Kelly**
55 Pine Street
Providence, RI 02903
(401) 490-7334
*TERMINATED: 01/31/2007*
*LEAD ATTORNEY*

**William J. Delaney**
(See above for address)

**57 Associates, L.P.**
57 Eddy Street
Providence, RI 02903

represented by **Michael A. Kelly**
55 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-7334
*TERMINATED: 01/31/2007*
*LEAD ATTORNEY*

**William J. Delaney**
(See above for address)

V.

**Counter-Defendant**

-----------------------

**Joseph M DiOrio**
Holland & Knight, LLP
One Financial Plaza, Ste 1400
Providence, RI 02903
401-824-5178

| Filing Date | # | Docket Text |
|---|---|---|
| 03/01/2005 | 1 | 458 (Approval For Sale): Complaint by Joseph M DiOrio against 56 Associates, L.P., 57 Associates, L.P. *pursuant to 11 U.S.C. section 363(h)* Fee Amount $150. Answer Due by:3/31/2005. U.S. Governmental Agency Answer due by 4/5/2005. (DiOrio, Joseph). (Entered: 03/01/2005) |

| | | |
|---|---|---|
| 03/01/2005 | 2 | Summons Issued on 56 Associates, L.P. , 57 Associates, L.P. Summons Issued (DiOrio, Joseph) (Entered: 03/01/2005) |
| 03/01/2005 | 3 | Receipt of filing fee for Complaint(1:05-ap-01011) [cmp,cmp] ( 150.00). Receipt number 276271, amount $ 150.00. (U.S. Treasury) (Entered: 03/01/2005) |
| 03/02/2005 | | Judge Arthur N. Votolato added to case. . (DAgostino, Holly) (Entered: 03/02/2005) |
| 03/02/2005 | | Attorney Joseph M. DiOrio for Joseph M DiOrio (Plaintiff) added to case (DAgostino, Holly) (Entered: 03/02/2005) |
| 03/02/2005 | 4 | Summons Service Executed on 56 Associates, L.P. 3/1/2005; 57 Associates, L.P. 3/1/2005 . (DAgostino, Holly) (Entered: 03/03/2005) |
| 03/30/2005 | 5 | Stipulation Extending Time to Answer By Defendants 56 Associates, L.P., 57 Associates, L.P., Plaintiff Joseph M DiOrio (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio). (DAgostino, Holly) (Entered: 03/31/2005) |
| 04/06/2005 | 6 | Order Approving #5 Stipulation by Plaintiff Joseph M. DiOrio and Defendants 56 Associates, LP and 57 Associates, LP to extend time to 4/7/05 for defendants to answer complaint. (DAgostino, Holly) (Entered: 04/06/2005) |
| 04/06/2005 | | Updated Answer Deadline. Answer Due from 56 Associates, L.P. ; 57 Associates, L.P. (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). . Answer Due by:4/7/2005. (DAgostino, Holly) (Entered: 04/06/2005) |
| 04/07/2005 | 7 | Stipulation By Defendants 56 Associates, L.P. , 57 Associates, L.P. , Plaintiff Joseph M DiOrio (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). Parties agree that the defendants shall have up until 4/15/05. (DAgostino, Holly) (Entered: 04/08/2005) |
| 04/08/2005 | 8 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 6 Order) Service Date 04/08/2005. (Admin.) (Entered: 04/09/2005) |
| 04/13/2005 | 9 | Order Approving (#7 Stipulation by Joseph M. DiOrio, 56 Associates and 57 Associates extending time to 4/15/05 for defendants to file an answer) (DAgostino, Holly) (Entered: 04/13/2005) |
| 04/13/2005 | | Updated Answer Deadline. Answer Due from 56 Associates, L.P. ; 57 Associates, L.P. (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). . Answer Due by:4/14/2005. (DAgostino, Holly) (Entered: 04/13/2005) |

| | | |
|---|---|---|
| 04/15/2005 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 9 Order) Service Date 04/15/2005. (Admin.) (Entered: 04/16/2005) |
| 04/18/2005 | 11 | Stipulation By Defendants 56 Associates, L.P. , 57 Associates, L.P. , Plaintiff Joseph M DiOrio (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio) extending time to answer complaint to 4/20/05. (Cory, Lucinda) (Entered: 04/19/2005) |
| 04/21/2005 | 12 | Order Approving (#11 Stipulation extending time to 4/20/05 for the defendants to answer the complaint) (DAgostino, Holly) (Entered: 04/21/2005) |
| 04/21/2005 | | Updated Answer Deadline. Answer Due from 56 Associates, L.P. ; 57 Associates, L.P. (related document(s)12 Order approving stipulation extending time to answer complaint). Answer Due by:4/20/2005. (DAgostino, Holly) (Entered: 04/21/2005) |
| 04/23/2005 | 13 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 12 Order) Service Date 04/23/2005. (Admin.) (Entered: 04/24/2005) |
| 04/25/2005 | 14 | Answer to Complaint and Counterclaim by 56 Associates, L.P. , 57 Associates, L.P. against Joseph M DiOrio Filed by 56 Associates, L.P. , 57 Associates, L.P. (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). Filed on 4/20/05 (Attachments: # 1 Exhibit A# 2 Exhibit B)(DAgostino, Holly) (Entered: 04/25/2005) |
| 04/25/2005 | | Updated Answer Deadline. Answer Due from Joseph M DiOrio (related document(s)14 Answer & Counterclaim, filed by Counter-Claimants 56 Associates, L.P. and 57 Associates L.P. Counterclaim Answer Due by:5/10/2005. (DAgostino, Holly) (Entered: 04/25/2005) |
| 05/09/2005 | 15 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)14 Answer to Complaint,, Counterclaim, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 05/09/2005) |
| 05/11/2005 | 16 | Order Denying Without Prejudice (#15 Stipulation extending time to answer counterclaim.) Stipulation denied as the parties have provided no information why the extension is required (DAgostino, Holly) (Entered: 05/11/2005) |
| 05/12/2005 | 17 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)14 Answer to Complaint,, Counterclaim, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 05/12/2005) |

| | | |
|---|---|---|
| 05/13/2005 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 16 Order) Service Date 05/13/2005. (Admin.) (Entered: 05/14/2005) |
| 05/17/2005 | 19 | Order Granting Motion to Extend Time to Answer Counterclaim to 6/1/05 (#14 Answer to Complaint and Counterclaim. (Cory, Lucinda) (Entered: 05/17/2005) |
| 05/17/2005 | | Updated Answer Deadline. Answer Due from Joseph M DiOrio (related document(s)14 Answer to Complaint and Counterclaim. Counterclaim Answer Due by:6/1/2005. (Cory, Lucinda) (Entered: 05/17/2005) |
| 05/19/2005 | 20 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Order) Service Date 05/19/2005. (Admin.) (Entered: 05/20/2005) |
| 05/31/2005 | 21 | Motion To Dismiss Counts 1 and 2 of Counterclaim Filed by Plaintiff Joseph M DiOrio. Objections to Motion Due: 6/13/2005. (Attachments: # 1 Memorandum of Law In Support of Motion to Dismiss) (DiOrio, Joseph) Modified text on 7/12/2005 (DAgostino, Holly). (Entered: 05/31/2005) |
| 06/13/2005 | 22 | Stipulation By Plaintiff Joseph M DiOrio, Defendant 56 Associates LP and Defendant 57 Associates LP (related document(s)21 Generic Motion filed by Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) Modified party filers on 6/14/2005 (McCurdy, Michelle). (Entered: 06/13/2005) |
| 06/14/2005 | 23 | Order Denied Without Prejudice (#22 Stipulation extending time for responses to 21 Motion to Dismiss Counts 1 and 2). Stipulation denied as no reasons were given for the requested extension. (DAgostino, Holly) (Entered: 06/14/2005) |
| 06/16/2005 | 24 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)21 Generic Motion filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 06/16/2005) |
| 06/16/2005 | 25 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 23 Order) Service Date 06/16/2005. (Admin.) (Entered: 06/17/2005) |
| 06/16/2005 | 26 | Motion to Compel Joseph M. DiOrio To Execute and Consent to Lease Agreement Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. . Objections to Motion Due: 6/29/2005. (Attachments: # 1 Memorandum of Law # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C) (DAgostino, Holly) (Entered: 06/17/2005) |
| 06/21/2005 | 27 | Order Approving (#24 Stipulation extending time to 6/30/05 for filing objections to 21 Motion to Dimiss Counts I and II) (DAgostino, Holly) (Entered: 06/21/2005) |

| | | |
|---|---|---|
| 06/21/2005 | | Objection/Response Deadline Updated (related document(s)21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio). Objections to Motion Due: 6/30/2005. (DAgostino, Holly) (Entered: 06/21/2005) |
| 06/23/2005 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 27 Order) Service Date 06/23/2005. (Admin.) (Entered: 06/24/2005) |
| 06/27/2005 | 29 | Objection *to Motion to Compel the Chapter 7 Trustee to Execute and Consent to a Certain Lease Agreement* Filed by Plaintiff Joseph M DiOrio re 26 Motion to Compel, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). (Attachments: # 1 Memorandum of Law in Support of Objection to Motion to Compel the Chapter 7 Trustee to Execute and Consent to a Certain Lease Areement# 2 Affidavit of William Greene) (DiOrio, Joseph) (Entered: 06/27/2005) |
| 06/30/2005 | 30 | Objection Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. re 21 Motion to Dismiss Counterclaim filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). (Attachments: # 1 Memorandum of Law) (DAgostino, Holly) (Entered: 07/05/2005) |
| 07/12/2005 | 31 | Hearing Set (related document(s) 21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 30 Objection filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.; 26 Motion to Compel Joseph M. DiOrio To Execute and Consent to Lease Agreements filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 29 Objection filed by Plaintiff Joseph M DiOrio). Hearing scheduled for 8/4/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 07/12/2005) |
| 07/13/2005 | 32 | Declaration Re: Electronic Filing P4 (related document(s)29 Objection filed by Plaintiff Joseph M DiOrio). See affidavit filed as exhibit. (DAgostino, Holly) (Entered: 07/13/2005) |
| 07/14/2005 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Hearing (AP), Hearing (AP), Hearing (AP)) Service Date 07/14/2005. (Admin.) (Entered: 07/15/2005) |
| 08/04/2005 | 34 | Hearing Continued (related document(s) 21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 30 Objection by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 26 Motion to Compel Trustee to Execute and Consent to Lease Agreements filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 29 Objection filed by Plaintiff Joseph M DiOrio, ). Hearing scheduled for 8/11/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 08/04/2005) |

| | | |
|---|---|---|
| 08/06/2005 | 35 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 34 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 08/06/2005. (Admin.) (Entered: 08/07/2005) |
| 08/11/2005 | 36 | Hearing held re 21 Generic Motion filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel filed by Defendant 56 Associates, Defendant 57 Associates. 30 Objection Defendant 56 Associates, Defendant 57 Associates 29 Objection filed by Plaintiff Joseph M DiOrio. App: Kelley, Lawson, DiOrio. Court hearing oral arguments on the Motion to Dismiss and reserved decision. Court then heard arguments on the Motion to Compel and continued the hearing for evidence. Hearing scheduled for 8/17/2005 at 11:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 08/11/2005) |
| 08/13/2005 | 37 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 36 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 08/13/2005. (Admin.) (Entered: 08/14/2005) |
| 08/18/2005 | | Hearing Held (related document(s) 21 Motion to Dismiss Counts I and II filed by Plaintiff Joseph M DiOrio, 30 Objection, filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 26 Motion to Compel Trustee to Execute Lease Agreement filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 29 Objection filed by Plaintiff Joseph M DiOrio). Appearances: DiOrio, Kelly. Joseph Paolino, Sr. called by Kelly, cross by DiOrio. Defendant's Exhibits 1-7 full. Lunch recess. After recess, DiOrio calls William F. Greene. Kelly objects to Greene as expert witness. Court overrules objection. Plaintiff offers Exhibit A, objection by Kelly. Court overrules objection and allows plaintiff's Exhibit A as full. Cross by Kelly, redirect by DiOrio, re-cross by Kelly, 2nd re-direct by DiOrio. Kelly requests additional time to file financial statement/credit report in support of arguments. DiOrio has no objection. Financial statement to be filed the week of 9/6/05, then matter to go under advisement. Brief due by: 9/6/2005. (DAgostino, Holly) (Entered: 08/18/2005) |
| 08/25/2005 | 38 | Motion File Documents Under Seal Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. . Objections to Motion Due: 9/7/2005. (DAgostino, Holly) (Entered: 08/25/2005) |
| 08/25/2005 | 39 | Order Granting 38 Motion to File Documents Under Seal). (DAgostino, Holly) (Entered: 08/25/2005) |
| 08/26/2005 | 40 | Letter from Defendants' attorney Michael A. Kelly (related document(s)26 Motion to Compel Trustee to Execute Lease Agreement filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). (Attachments: # 1 Exhibit) (DAgostino, Holly) (Entered: 08/26/2005) |
| 08/27/2005 | 41 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 39 Generic Order) Service Date 08/27/2005. (Admin.) (Entered: 08/28/2005) |

| | | |
|---|---|---|
| 08/31/2005 | ◕ | Matter Under Advisement Re:(related document:21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel Trustee to Consent and Execute Lease Agreements filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Status Check re Matter Under Advisement on 10/31/2005. (DAgostino, Holly) (Entered: 08/31/2005) |
| 11/15/2005 | ◕ | UPDATED Matter Under Advisement Re:(related document:21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel, filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.) Status Check re Matter Under Advisement on 1/17/2006. (DAgostino, Holly) (Entered: 11/15/2005) |
| 01/25/2006 | ◕ | UPDATED Matter Under Advisement Re:(related document:21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel, filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.) Status Check re Matter Under Advisement on 3/27/2006. (DAgostino, Holly) (Entered: 01/25/2006) |
| 02/03/2006 | 42 | Order Granting (#21 Plaintiff Jospeh M. DiOrio's Motion to Dismiss Counts I and II of Counterclaim and Denying 26 Motion to Compel Trustee to Consent and Excecute Lease Agreement by Defendants 56 Associates, L.P. and 57 Associates, L.P. ) (DAgostino, Holly) (Entered: 02/03/2006) |
| 02/03/2006 | ◕43 | Judgment Order (re:42 Order, ) (DAgostino, Holly) (Entered: 02/03/2006) |
| 02/03/2006 | ◕44 | BNC Service of Document (related document(s)42 Order, ). . (DAgostino, Holly) (Entered: 02/03/2006) |
| 02/05/2006 | ◕45 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 43 Judgment Order (ap/bk)) Service Date 02/05/2006. (Admin.) (Entered: 02/06/2006) |
| 02/05/2006 | ◕46 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 44 BNC Service of Document) Service Date 02/05/2006. (Admin.) (Entered: 02/06/2006) |
| 02/13/2006 | ◕ | Other Deadlines Updated (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Per chambers, parties must now file a discovery plan in 10 days, since the order has entered on the motion to dismiss counts I & II of the counterclaim and motion to compel. Advised attorneys DiOrio and Kelly this date. Discovery Plan Due by:2/23/2006. (DAgostino, Holly) (Entered: 02/13/2006) |
| 02/22/2006 | ◕47 | Motion to Extend Time until March 23, 2006 to to file discovery plan Filed by Plaintiff Joseph M DiOrio (related document(s) Update Other Deadlines (Adv), Update Other Deadlines (Adv)). If this is an Emergency Motion, the |

| | | |
|---|---|---|
| | | objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) (Entered: 02/22/2006) |
| 03/01/2006 | 48 | Order Granting Motion to Extend Time to: 3/23/06 to File Discovery Plan. Updated Deadline Due By:3/23/2006. (DAgostino, Holly) Additional attachment(s) added on 3/1/2006 (Venuti, Jody). (Entered: 03/01/2006) |
| 03/01/2006 | 49 | BNC Service of Document (related document(s)48 Order on Motion to Extend Time). . (DAgostino, Holly) (Entered: 03/01/2006) |
| 03/03/2006 | 50 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 49 BNC Service of Document) Service Date 03/03/2006. (Admin.) (Entered: 03/04/2006) |
| 03/23/2006 | 51 | Stipulation By Joseph M DiOrio Filed by Plaintiff Joseph M DiOrio (related document(s)48 Order on Motion to Extend Time). (DiOrio, Joseph) (Entered: 03/23/2006) |
| 03/23/2006 | 52 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)48 Order on Motion to Extend Time). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 03/23/2006) |
| 03/23/2006 | | Withdrawal of Document (related document(s)51 Stipulation filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Withdrawn at the request of the filer. (DAgostino, Holly) (Entered: 03/23/2006) |
| 03/27/2006 | 53 | Motion Instructions Filed by Plaintiff Joseph M DiOrio. Objections to Motion Due: 4/10/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) (Entered: 03/27/2006) |
| 03/28/2006 | 54 | Order Granting (#52 Stipulation Extending the Time to 3/29/06 to File Discovery Plan (Cory, Lucinda) (Entered: 03/28/2006) |
| 03/28/2006 | | Discovery Plan re 1 Complaint Due by:3/29/2006. See 54 Order. (Cory, Lucinda) Modified on 3/29/2006 (McCurdy, Michelle). (Entered: 03/28/2006) |
| 03/28/2006 | 55 | Declaration Re: Electronic Filing P4 (related document(s)52 Stipulation filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). . (Lanni, Christine) (Entered: 03/28/2006) |
| 03/29/2006 | 56 | Addendum *to Petition for Instructions (Exhibit)* (related document(s)53 Generic Motion, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 03/29/2006) |

| | | |
|---|---|---|
| 03/29/2006 | 57 | Stipulation By Plaintiff Joseph M DiOrio, Defendant 56 Associates, LP and Defendant 57 Associates, LP (related document(s)48 Order on Motion to Extend Time). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) Modified on 3/30/2006 (DAgostino, Holly). (Entered: 03/29/2006) |
| 03/30/2006 | 58 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 54 Order) Service Date 03/30/2006. (Admin.) (Entered: 03/31/2006) |
| 04/04/2006 | 59 | Order Approving (#57 Stipulation Extending Time to 4/7/06 for filing discovery plan) (DAgostino, Holly) (Entered: 04/04/2006) |
| 04/04/2006 | | Other Deadlines Updated (related document(s)59 Order approving stipulation extending time to file discovery plan). Discovery Plan Due by:4/7/2006. (DAgostino, Holly) (Entered: 04/04/2006) |
| 04/06/2006 | 60 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 59 Order) Service Date 04/06/2006. (Admin.) (Entered: 04/07/2006) |
| 04/10/2006 | 61 | Hearing Set (related document(s)53 Motion for Instructions filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Hearing scheduled for 4/26/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/10/2006) |
| 04/11/2006 | 62 | Affidavit of Joseph R. Paolino, Sr., Real Estate Broker (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio). (Davis, Jennifer) (Entered: 04/11/2006) |
| 04/12/2006 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 61 Hearing (AP)) Service Date 04/12/2006. (Admin.) (Entered: 04/13/2006) |
| 04/13/2006 | 64 | Discovery Plan Filed by Plaintiff Joseph M DiOrio, Defendants 56 Associates, L.P. and 57 Associates, L.P.. (DiOrio, Joseph) Modified party filers on 4/14/2006 (DAgostino, Holly). (Entered: 04/13/2006) |
| 04/17/2006 | 65 | Motion to Expedite Hearing Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio). (DAgostino, Holly) (Entered: 04/17/2006) |
| 04/24/2006 | 66 | Order Denying Motion to Expedite Hearing re: #53 Petition for Instructions by Defendants 56 Associates, L.P., 57 Associates, L.P. (Related Doc # 65) . (DAgostino, Holly) (Entered: 04/24/2006) |
| 04/24/2006 | 67 | Hearing Set (related document(s)64 Discovery Plan filed by C Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). . Hearing scheduled for 4/26/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/24/2006) |

| | | |
|---|---|---|
| 04/26/2006 | 68 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 66 Order on Motion to Expedite Hearing) Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/26/2006 | 69 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 67 Hearing (AP)) Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/26/2006 | 70 | Hearing Held and Continued (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, Kelly, DePasquale, Prentiss. Arguments by DiOrio and Kelly. William F. Greene called as witness. A status conference will be held in 2 weeks, May 11, 2006 at 10:00 am. A continued hearing on the Motion for Instructions and the Discovery Plan will take place in 30 days, scheduled for 5/25/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/27/2006) |
| 04/27/2006 | 71 | Status Hearing Set (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Status hearing to be held on 5/11/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/27/2006) |
| 04/27/2006 | 72 | Hearing Continued (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). . Hearing scheduled for 5/25/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/27/2006) |
| 04/29/2006 | 73 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 70 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 04/29/2006 | 74 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 72 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 04/29/2006 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 71 Hearing, ) Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 05/11/2006 | 76 | Status Hearing held re53 Trustee's Petition for Instructions and 64 Discovery Plan . App: DiOrio, Mancini for Kelly. After a chambers conference the status hearing was continued to 6/1/2006 at 10:00 AM at 6th Floor Courtroom and the 5/25/06 hearing date vacated. (Cory, Lucinda) (Entered: 05/11/2006) |
| 05/11/2006 | | Hearing Not Held (re: 53 Trustee's Petition for Instructions and 64 Discovery Plan . Hearing date was vacated and a status hearing set for 6/1/06. (Cory, |

| | | |
|---|---|---|
| | | Lucinda) (Entered: 05/11/2006) |
| 05/13/2006 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 76 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 05/13/2006. (Admin.) (Entered: 05/14/2006) |
| 05/31/2006 | 78 | Witness Subpoena Issued on William Green for 5/20/06 at 11 am Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. . (DAgostino, Holly) (Entered: 05/31/2006) |
| 06/01/2006 | 79 | Hearing Continued (related document(s)53 53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, Kelly, DePasquale. DiOrio requested a chambers conference with regard to confidential pending offers. Spoke with potential national tenants as well. Trustee will probably seek to sell his interest in the property only. Trustee requested a continuance for 1 week. Court continued the matter for Friday June 9, 2006 at 2:00 PM. Status hearing to be held on 6/9/2006 at 02:00 PM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/01/2006) |
| 06/03/2006 | 80 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 79 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 06/03/2006. (Admin.) (Entered: 06/04/2006) |
| 06/09/2006 | 82 | Hearing Held and Continued (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Court held a chambers conference. DiOrio and Kelly appeared. DiOrio updated Court on sales and leasing prospects of property. Kelly dicussed the losses being suffered by having the property vacant. Court continued the matter to 6/14/06 to see if DiOrio can finalize a sales proposal. Status hearing to be held on 6/14/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/09/2006) |
| 06/11/2006 | 83 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 82 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 06/11/2006. (Admin.) (Entered: 06/12/2006) |
| 06/14/2006 | | Hearing Held APPEARANCES: DiOrio, Kelly, DePasquale . (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Parties are still working on a sale. Conference to be continued with someone present representing the purchaser. DiOrio to call court with a date for the continued conference. (DAgostino, Holly) (Entered: 06/14/2006) |

| | | |
|---|---|---|
| 06/16/2006 | 84 | Hearing Set (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan . Hearing scheduled for 6/19/2006 at 04:00 PM at 6th Floor Courtroom. DiOrio given date telephonically. (Cory, Lucinda) (Entered: 06/16/2006) |
| 06/18/2006 | 85 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 84 Hearing (AP)) Service Date 06/18/2006. (Admin.) (Entered: 06/19/2006) |
| 06/19/2006 | 86 | Status Hearing Held and Continued (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, Kelly, DePasquale and two individuals from the proposed purchaser. Parties indicated they will complete purchase & sale with proposed purchaser by the end of the week to sell the estate's interest in the subject real estate for $650,000. Purchaser will require a 45 day due diligence period. Kelly to work with Asian Paradise to firm up the terms of a lease. DiOrio will try to file a joint motion to approve the sale and the lease and the motion will be filed within one week. Status Conference continued 6/29/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/21/2006) |
| 06/23/2006 | 87 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 86 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 06/23/2006. (Admin.) (Entered: 06/24/2006) |
| 06/29/2006 | 88 | Status Hearing Held and Continued (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, attorney from Michael Kelly's office. Court heard from DiOrio on the status of sale negotiations. Status hearing to be continued 7/19/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/29/2006) |
| 07/01/2006 | 89 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 88 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 07/01/2006. (Admin.) (Entered: 07/02/2006) |
| 07/19/2006 | | Hearing Held APPEARANCES: DiOrio, Kelly, DePasquale . (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). DiOrio gave an updated status report. DiOrio will file an application to compromise and petition for instructions to be set for hearing on 7/27/06 at 11:30 am. (DAgostino, Holly) (Entered: 07/19/2006) |
| 01/04/2007 | 90 | Status Hearing Set (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). Status hearing to be held on 1/24/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 01/04/2007) |