UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Arnold Kilberg

Joseph M. DiOrio

vs. CA 07-260ML

56 Associates, LP

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
July 13, 2007

Entered as an Order of this Court on July 13 , 2007.

Deputy Clerk