FILED SEP 14 '07 16:12 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: : | |
| ARNOLD KILBERG, : | Case No. 04-10632-ANV |
| Debtor : | Chapter 7 |
| JOSEPH M. DIORIO, CHAPTER 7 : | |
| TRUSTEE OF ARNOLD KILBERG, : | |
| Plaintiff : | |
| v. : | Adv. Pro. No. 05-01011 |
| 56 ASSOC., A Rhode Island : | |
| Limited Liability Partnership and : | |
| 57 ASSOC., A Rhode Island : | |
| Limited Liability Partnership, : | |
| Defendants. : | |

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

NOW COME the Appellants in the above captioned matter and pursuant to Fed. R. Bankr. P. 8006, hereby furnish their Designation of Record and Statement of Issues on Appeal.

Concerning the Designation of Record, the Appellants designate the following:

1. Document No. 123, Motion to Compel 56 Associates, LP, and 57 Associates, LP Arrange For Full Access of the Property Located on 165 Angell Street, Providence, Rhode Island, plus exhibits, entered on May 23, 2007.

2. Document No. 124, Objection filed by Defendant 56 Associates, LP, 57 Associates, LP entered on June 5, 2007.

3. Document No. 125, Response to Defendant's Objection to Motion to Compel Defendants to arrange full access to the property filed Plaintiff Joseph M DiOrio, entered on June 6, 2007.

4. Document No. 139, Order Granting Motion to Compell 56 Associates, LP and 57 Associates, LP Arrange for full access of the property located at 165 Angell Street, Providence, Rhode Island, entered on June 27, 2007.

5. Document No. 140, Order entered re: Costs entered on June 29, 2007.

6. Document No. 145, Objection filed by 56 Associates, LP, 57 Associates, LP, entered on July 5, 2007.

7. Document No. 146, Notice of Appeal, entered on July 7, 2007.

8. Document No. 147, District Court Election, entered on July 7, 2007.

9. Document No. 148, Court Notice to District Court, entered on July 9, 2007.

10. Document No. 150, DiOrio bill entered on July 12, 2007.

11. Document No. 151, Hearing Set, entered on July 12, 2007.

12. Document No. 152, BNC certificate of mailing entered on July 14, 2007.

13. All exhibits at the hearing on June 27, 2007.

Concerning the statement of issues on Appeal, the Appellants submit that the primary issue is whether this Court was correct in concluding that the Trustee clearly established that the Defendants intentionally interfered with and hindered the Trustee in his efforts to adequately market 165 Angell Street, Providence, Rhode Island. In addition, the Appellants respectfully submit that the following additional issues are pertinent to their Appeal:

1. Was the Court correct in concluding that the Bankruptcy Estate should not have to bear the cost of litigation on the Trustee' Motion to Compel?

2. Was the Court correct in finding that the Trustee had no alternative but to file the Motion to Compel relative to requesting appropriate access to 165 Angell Street, Providence, Rhode Island.

3. Was the Court correct in awarding the Trustees costs and fees for having to prepare and file a Motion and litigate the June 27, 2007 hearing?

4. Was the Court correct in terminating the hearing? Was it obvious that the Defendants were just wasting time?

5. Was it proper to request that the Trustee submit his bill for services rendered therein without any application of the *Lodestar* approach?

The Appellants reserve the right, should events still warrant, to amend this designation of record and statement of issues on appeal.

Respectfully submitted,
Appellants,
By their Attorneys

/s/ William J. Delaney

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: July 17, 2007

CERTIFICATION

I hereby certify that on the 17th day of July, 2007, a copy of the within Designation of Record and Statement of Issues on Appeal was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;449773;1